| | |
|---|---|
| Jack Stratton; and <br> Solomon Stratton, <br>                     Plaintiffs, <br> vs. <br> Mecklenburg County Department of Social Services; <br> United States Department of Health and Human Services; <br> United Way of Central Carolinas; <br> Foundation for the Carolinas; <br> Council for Children's Rights; <br> Brett Loftis; <br> Martha Curren; <br> David Cayer; <br> Yvonne Mins-Evans; <br> Elizabeth Miller-Killegrew; <br> Margaret Sharpe; <br> Sidney Eagles; <br> John Martin; <br> Martha Geer; <br> Patricia Timmons-Goodsen; <br> Mecklenburg County; <br> Richard Jacobsen; <br> Tyrone Wade; <br> Twyla Holllingsworth; <br> Donna Fayko; <br> Gretchen Caldwell; <br> Sherri Glenn; <br> David Fee; <br> Lisa Looby; <br> Susan Miller; <br> Katherine Dorminey; <br> Robert Adden; <br> Richard Lucy; <br> Michael Schmidt; <br> Carolinas Healthcare System, <br>                     Defendants. | C/A No. 3:10-cv-137-DCN-PJG <br><br> **ORDER** |

This is a *pro se* action brought in the United States District Court for the Western District of North Carolina. The above-captioned case has been assigned to the Honorable

David C. Norton, Chief Judge of the United States District Court for the District of South Carolina, and to the undersigned magistrate judge.

**TO THE PLAINTIFF:**

The plaintiffs paid the full $350 filing fee. Hence, **the plaintiffs are reminded that they are responsible for service of process.**

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this court is effected by the court's Electronic Case Filing system through a computer generated notice of electronic filing. However, prior to the defendants' attorney (or attorneys) making an appearance in this court, the plaintiffs must serve the defendants with any documents the plaintiffs file subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served. See Lewis v. Sheahan, 35 F. Supp. 2d 633, 634 n.1 (N.D. Ill. 1999).

Each plaintiff must place the civil action number (C/A No) listed above on any document provided to the court in connection with this case. **Any future filings by the plaintiffs in this case must be sent to the Clerk's Office in Charlotte (401 West Trade Street — Room 212, Charlotte, North Carolina 28202).** All documents requiring a plaintiff's signature shall be signed with the particular plaintiff's full legal name written in the particular plaintiff's own handwriting. *Pro se* litigants, such as the plaintiffs, shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this court, the plaintiff is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text on one side of a sheet of paper only and not to write or type on both sides of any sheet of paper. The plaintiffs are further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

The plaintiffs are *pro se* litigants. Each plaintiff's attention is directed to the following important notice:

*TO EACH PLAINTIFF*:

You are ordered to always keep the Clerk of Court advised **in writing (401 West Trade Street — Room 212, Charlotte, North Carolina 28202)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to meet a deadline set by this court, **your case may be dismissed for violating this order.** Therefore, if you have a change of address before this case is ended, you must comply

with this order by immediately advising the Clerk of Court in writing of such change of address and providing the Clerk of Court with the docket numbers of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

Put this order with your own record of this case so that you will not overlook your duty. If your address changes in the future, you must provide the court with your *own* new address.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

October 14, 2010
Columbia, South Carolina