IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:10-cv-137

JACK STRATTON and SOLOMAN STRATTON,

        Plaintiffs,

v.

MECKLENBURG COUNTY DEPARTMENT OF SOCIAL SERVICES, et al.,

        Defendants.

# DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN <u>LITIGATION</u>

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICES IS MADE.

<u>Council for Children's Rights, Inc.</u> which is <u>a Defendant</u>              ,
    (Name of party.)                  (Plaintiff/moving party or defendant.)

makes the following disclosure:

1.    Is party a publicly held corporation or other publicly held entity?
        ( ) Yes               ( X ) No
2.    Does party have any parent corporations?
        ( ) Yes               ( X ) No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: Not applicable

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

( ) Yes ( X ) No

If yes, identify all such owners: Not applicable

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

( ) Yes ( X ) No

If yes, identify entity and nature of interest: Not applicable

This 27th day of January, 2011.

/s/ Robert E. Harrington
Robert E. Harrington
N.C. Bar No. 26967

Sinéad O'Doherty
N.C. Bar No. 38402

Attorneys for Defendants Council for Children's Rights, Inc. and Brett Loftis

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

2
Case 3:10-cv-00137-DCN -PJG   Document 29   Filed 01/27/11   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing **DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** with the Clerk of the Court using the CM/ECF system. I also certify that I mailed a copy of the foregoing via first class mail, postage prepaid, to the Plaintiffs, who are not CM/ECF users, to the following address:

>Jack Stratton
>Solomon Stratton
>Post Office Box 480466
>Charlotte, North Carolina 28269

>/s/ Robert E. Harrington
>Robert E. Harrington
>N.C. Bar No. 26967
>
>Attorneys for Defendants Council for Children's Rights, Inc. and Brett Loftis
>
>ROBINSON BRADSHAW & HINSON, P.A.
>101 North Tryon Street, Suite 1900
>Charlotte, North Carolina 28246
>Telephone: (704) 377-2536
>Facsimile: (704) 378-4000