# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| JACK STRATTON et al., | ) | C/A No.: 3:10-137 DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -vs- | ) | **ORDER** |
| | ) | |
| MECKLENBURG COUNTY | ) | |
| DEPARTMENT OF SOCIAL SERVICES, | ) | |
| et al, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court pursuant to plaintiff's appeal of Magistrate Judge Paige J. Gossett's March 15, 2011 Order. This court has reviewed the Order and the various filings of plaintiffs and defendants and DENIES plaintiff's Motion and AFFIRMS Magistrate Judge Gossett's Order for the reasons stated therein.

The undersigned has been assigned a third case from the Western District of North Carolina, to wit: <u>Allran v Mullen</u>, 5:11cv36. Magistrate Judge Kevin McDonald has been asked to assist with this case. In the view of this court, assigning two different Magistrate Judges to monitor three separate cases pending in the Western District of North Carolina is a waste of judicial resources. Therefore, in order to maximize judicial efficiency, the court will reassign the instant case, as well as the companion case, <u>Stratton v Mecklenburg County</u>, 3:10cv147 to Magistrate Judge McDonald.

**AND IT IS SO ORDERED**.

David C. Norton
Chief United States District Judge

June 3, 2011
Charleston, South Carolina