# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jack Stratton and Solomon Stratton,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:10cv137

Mecklenburg County Department
of Social Services, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/16/2011 Order.

                                          Signed: September 16, 2011

Frank G. Johns, Clerk
United States District Court